**NEW ENGLAND STEAMSHIP COMPANY, as Owner of THE Barge NO. 114, and as Bailee of the Cargo Laden on Board Thereof, and the Equipment Used to Discharge the Same, and Charles Olsen, Captain of the Said Barge, Appellees, v. THE Tug TURECAMO GIRLS, Her Engines, Boilers, etc., B. Turecamo Towing Corporation, Appellant.**

**No. 223.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

Eggleston & Vander Clute, of New York City (Carl F. Vander Clute, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (Charles A. VanHagen, Jr., of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (13 F.Supp. 210) affirmed.

**The PANIPLUS COMPANY, a Corporation, Appellant, v. Joseph T. HIGGINS, Individually and as Collector of Internal Revenue for the Third District of New York, Respondent.**

**No. 185.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Chamberlin, Kafer, Wilds & Jube, of New York City, for complainant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**The REISS STEAMSHIP COMPANY, Libelant-Appellee, v. Tug THE CLAREMONT; TUG CLAREMONT CORPORATION, Claimant-Appellant.**

**No. 180.**

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellant.

Duncan, Leckie, McCreary, Schlitz & Hinslea, of Cleveland, Ohio (Thomas H. Garry and Gilbert R. Johnson, both of Cleveland, Ohio, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (12 F.Supp. 288) affirmed.